**1130 ATTORNEY GENERAL vs. BOARD OF COUNTY CANVASS-ERS (Iron), 64 M., 607.**

To compel respondents to meet and canvass the votes cast for the establishment of a county seat.

Granted January 27, 1887.

The Board adjourned without canvassing the votes, claiming that no legal election was held. The answer alleges that the Board having met and adjourned, had gone out of office, and had no further function; that the proceeding is a political one, not involving judicial questions, and that the court has no jurisdiction in the premises, and that no valid election was held.

**1131 COMSTOCK vs. SUPERIOR COURT JUDGE (Grand Rapids), 39 M., 195.**

To compel respondent to admit relator to the office of clerk of the Superior Court of Grand Rapids, by receiving his bond and oath of office, which is resisted on the ground that by the old law the clerk of Kent County was made ex-officio clerk of that court, and that the new law providing for a separate clerk is invalid.

Granted June 21, 1878.

**1132 GEORGE vs. ELECTION INSPECTORS (Hematite Twp.).**

To compel the issuing of a certificate of relator's election as supervisor.

Order to show cause denied April 24, 1894, on the ground that the application should be made to the circuit judge.